AO 240A (Rev. 12/03)

# UNITED STATES DISTRICT COURT
Eastern District of California

| | |
|---|---|
| ERIC GREEN,<br><br>               Plaintiff,<br><br>    v.<br><br>CORRECTIONS OFFICER O. DELGADO;<br>CORRECTIONS OFFICER J. RAMIRE;<br>CORRECTIONS OFFICER J. GONZALES;<br>CORRECTIONS OFFICER H. ORTEGA;<br>DOES 1-20,<br><br>               Defendants. | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br>CASE NUMBER:: 1:14-cv-00297 LJO JLT (PC) |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED

    ☒ The clerk is directed to file the complaint.

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTERED this   11th   day of   March  ,  2014  .

                                                                                    _____<br>
                                                                                   Signature of Judge

                                                                                   Magistrate Judge<br>
                                                                                   Name and Title of Judge