# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC W. GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DELGADO, et al.,<br><br>　　　　　Defendants. | Case No.  1:14-cv-00297-LJO-JLT (PC)<br><br>**ORDER APPROVING STIPULATION EXTENDING TIME FOR RESPONSIVE PLEADING**<br><br>**(Doc. 15)** |

　　　　Plaintiff, Eric W. Green, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 28, 2014, the parties submitted a stipulation extending the time for Defendants Ortega, Delgado, Ramirez, and Gonzales to file their responsive pleading on or before August 13, 2014.  (Doc. 15.)

　　　　In accordance with the parties' stipulation, it is HEREBY ORDERED that Defendants Ortega, Delgado, Ramirez, and Gonzales are granted up to and including August 13, 2014 to file their responsive pleading.

IT IS SO ORDERED.

　　Dated:　**July 30, 2014**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1