# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC W. GREEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>DELGADO, et al.,<br><br>                    Defendants. | Case No.  1:14-cv-00297-LJO-JLT (PC)<br><br>**ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR DISCOVERY AND FILING DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>**(Doc. 32)** |

Plaintiff, Eric W. Green, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 28, 2014, the parties submitted a stipulation extending the deadline to conduct discovery to June 12, 2015 and the dispositive motion filing deadline to August 20, 2015.  (Doc. 32.)

In accordance with the parties' stipulation, it is HEREBY ORDERED that:

(1) the discovery deadline, including filing of any motion(s) to compel is extended from April 21, 20015 to June 12, 2015; and

(2) the dispositive motion filing deadline is extended from July 2, 2015 to August 20, 2015.

IT IS SO ORDERED.

Dated:   **April 21, 2015**                           **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

1