Kevin G. Little, Esq. (SBN 149818)
Post Office Box 8656
Fresno, CA 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
Email: kevinglittle@yahoo.com

Darrell J. York, Esq. (SBN 145601)
Sarah L. Garvey, Esq. (SBN 202491)
Law Offices of York & Garvey
137 N. Larchmont Blvd, Suite
Telephone: (866) 908-2121
Facsimile:  (877) 221-3306 506
Los Angeles, CA 90004
Email: djylaw@gmail.com
Email: sarahgarvey@yahoo.com

Attorneys for Plaintiff ERIC GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ERIC GREEN,<br><br>                    Plaintiff,<br><br>        v.<br><br>CORRECTIONS OFFICER O. DELGADO, in his individual capacity; CORRECTIONS OFFICER J. RAMIREZ, in his individual capacity; CORRECTIONS OFFICER J. GONZALES, in his individual capacity; CORRECTIONS OFFICER H. ORTEGA, in his individual capacity; and DOES 1 THROUGH 20 (in their individual capacities),<br><br>                    Defendants. | Case No.:  1:14-cv-00297-LJO-JLT (PC)<br><br>STIPULATION AND ORDER: RE DISCOVERY ISSUES RELATED TO SUBPOENA SERVED ON CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AND RELATED SITE VISIT TO CALIFORNIA CORRECTIONAL INSTITUTION - TEHACHAPI ON JUNE 11, 2015<br><br> (Doc. 55) |

TO THE HONORABLE COURT:

The undersigned parties, through their counsel of record, hereby enter into the following stipulation:

1    WHEREAS plaintiff caused a subpoena to be served on the California Department of
2 Corrections and Rehabilitation on or about May 29, 2015; and
3    WHEREAS this subpoena requests, inter alia, a site visit to CCI-Tehachapi, specifically
4 stating as follows:

> Eric W. Green's attorneys and consultants request permission to view, inspect, measure and photograph the locations at CCI-Tehachapi where Eric Green was between 7:30 a.m. and 9:30 a.m. on April 14, 2013. Counsel are informed and believe the pertinent areas would include: (a) the medical holding area; (b) the hallways and rotunda through which Green was escorted when being taken toward 8B-105; (c) the location where force was used on Green, including any baton strikes; (d) housing unit 8B; and (e) the medical clinic area;

9 and
10    WHEREAS the efficient administration of justice and the protection of the legal interests
11 of all concerned dictate that an advance agreement as to the conditions of the site visit needs be
12 made; and
13    WHEREAS the current June 12, 2015 deadline for filing discovery motions would not, as
14 a practical matter, permit the parties to raise any issues pertaining to this site visit with the Court,
15    THE PARTIES HEREBY STIPULATE AS FOLLOWS:
16    1.    The site inspection will be limited to areas outlined in the above subpoena request.
17    2.    Anyone participating in the site visit on plaintiff's behalf must clear a background
18 check, and will have to submit a completed CDCR 106 Form for approval at least two days
19 before the scheduled site visit.
20    3.    Anyone participating in the site visit on plaintiff's behalf will not take cell phones,
21 cameras, tape recorders or other recording or electronic media onto the prison grounds.
22    4.    Anyone participating in the site visit on plaintiff's behalf will remain in a
23 group accompanied by an Investigative Services officer, who will have a digital camera and will
24 take photographs as requested by plaintiff's representatives, so long as the photographs would
25 depict locations or objects within the areas described in the subpoena.
26    5.    The photographs will be reviewed by the CCI-Tehachapi Warden prior to their
27 release to plaintiff's representatives.
28

STIPULATION AND ORDER

    6.    Any photographs deemed unsuitable for release to plaintiff's representatives by the Warden will be retained, and, if required, produced to the Court for its *in camera* review.

    7.    The parties will have fourteen (14) days from the date they are notified of the non-release of any of the subject photographs to file any appropriate motions for relief with the Court.

    8.    Counsel for all parties will receive a copy of any photographs released.

| | |
|---|---|
| Dated: June 8, 2015 | KEVIN G. LITTLE, ESQ. |
| | /s/Kevin G. Little<br>Kevin G. Little<br>Attorney for Plaintiff Eric Green |
| Dated: June 8, 2015 | ATTORNEY GENERAL OF CALIFORNIA |
| | /s/Arthur B. Mark III<br>Arthur B. Mark III<br>Attorneys for Defendants Delgado, Ramirez & Gonzales |
| Dated: June 8, 2015 | LAW OFFICES OF LEBEAU THELEN, LLP |
| | /s/Thomas P. Feher<br>Thomas P. Feher<br>Attorneys for Defendant Ortega |
| Dated: June 8, 2015 | CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |
| | /s/James Michael Davis<br>James Michael Davis<br>CDCR Office of Legal Affairs |

IT IS SO ORDERED.

    Dated:  **June 10, 2015**          **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER