IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ERIC GREEN, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONS OFFICER O. DELGADO, et al., <br><br> Defendants. | 1:14-cv-00297-LJO-JLT (PC) <br><br> STIPULATION AND [PROPOSED] PROTECTIVE ORDER <br><br><br><br><br> Action Filed: March 2, 2014 |

The parties and the California Department of Corrections and Rehabilitation ("CDCR") submit the following stipulation and proposed protective order for the Court's consideration.

### STIPULATION AND [PROPOSED] PROTECTIVE ORDER

**A.   The Confidential Material Subject to this Protective Order.**

The following Confidential Material is the subject of this protective order:

Twenty-nine photographs of various locations inside California Correctional Institution, Tehachapi, California taken during a site inspection in this matter on June 11, 2015.

///

///

///

1

B.  **CDCR Treats the Confidential Material as Confidential.**

The California Department of Corrections and Rehabilitation (CDCR) treats the information or items described above as confidential because disclosure to inmates, parolees, or members of the general public could compromise the safety and security of the staff and inmates at the California Correctional Institution.

C.  **The Parties' Stipulation.**

Because of its relevance to this action, CDCR will produce the Confidential Material described above, subject to this protective order.

The Parties stipulate:

1. CDCR shall conspicuously mark the Confidential Material: "CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER [ATTORNEY EYES ONLY]";

2. The Confidential Material may be disclosed only to Plaintiff's attorneys, CDCR staff, the Defendants in this action, and Defendants' attorneys;

3. The Confidential Material shall not be made public or disclosed to plaintiff, any incarcerated individual or parolee, whether or not a party or a witness in this action, for any reason;

4. The Confidential Material shall not be disclosed except as is necessary in connection with *this* litigation, including appeals, and not for any other purpose, or any other litigation;

5. To the extent the Confidential Material is filed with the Court, it will be filed and maintained under seal. The parties are referred to Local Rule 141 regarding the filing of documents under seal;

6. Plaintiff's counsel shall destroy all copies of the Confidential Material—or return them to the attorney for CDCR—within five days of the date of entry of judgment in the trial court;

7. Nothing in this protective order is intended to prevent officials or employees of the State of California, or other authorized government officials, from having access to the Confidential Material in the normal course of their official duties;

///

8. The provisions of this protective order are without prejudice to the right of any party: (a) to apply to the Court for a further protective order relating to the Confidential Material or any other confidential material relating to discovery in this litigation; (b) to apply to the Court for an order removing the Confidential Material designation; or (c) to object to a discovery request.

9. The provisions of this order shall remain in full force and effect until further order of this Court.

It is so stipulated.

Dated: July 1, 2015

KEVIN G. LITTLE, ESQ.

Kevin G. Little
Attorney for Plaintiff Eric Green

Dated: July 3, 2015

ATTORNEY GENERAL OF CALIFORNIA

Arthur B. Mark III, Deputy Attorney General
Attorneys for Defendants Delgado, Ramirez & Gonzales

Dated: June ___, 2015

LAW OFFICES OF LEBEAU THELEN LLP

Thomas P. Feher
Attorneys for Defendant Ortega

Dated: July 1, 2015

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

James Michael Davis, Staff Counsel
CDCR Office of Legal Affairs

IT IS SO ORDERED.
Dated: 7/4/15

Hon. Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

SA2014313499
32117410.doc

3

Stipulation and [Proposed] Protective Order
(1:14-cv-00297-LJO-JLT (PC))